UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAMS, et al.,

             Plaintiff(s),

  v.

THE BOEING COMPANY, et al.

             Defendant(s).

NO. C98-761P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

A phone conference was held on August 8, 2005; participating were the Honorable Marsha J. Pechman, Senior Law Clerk Steven Crozier, Jeff Sprung (representing Plaintiffs) and Michael Reiss and Rebecca Shapiro-Cohen (representing Defendants). Following presentations by both sides on a discovery dispute, the following order was issued:

Plaintiff's motion for a protective order is DENIED. Defendant may inquire of Plaintiffs' expert Dr. Cupingood regarding his statistical analysis in this case or in other cases involving Boeing in order to confirm his methodology. While Dr. Cupingood is under no obligation to do any work for Defendant, Plaintiffs and their expert may wish to do so.

Filed this 8th day of August, 2005.

BRUCE RIFKIN, Clerk

By   /s Mary Duett
      Deputy Clerk

MINUTE ORDER