UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOLOMON WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | No. C98-761P <br><br> ORDER DENYING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE TESTIMONY OF CARMEN BROWN AND ROBIN GREEN |

This matter comes before the Court on Defendants' motion in limine to exclude testimony of Carmen Brown and Robin Green. (Dkt. No. 935). The Court DENIES Defendants' motion.

Although Plaintiffs disclosed Ms. Brown and Ms. Green as potential witnesses in their pretrial statement, Defendants argue that Ms. Brown and Ms. Green should not be permitted to testify at trial because Plaintiffs did not identify these persons in response to Defendants' discovery requests. However, the interrogatories cited by Defendants were overly broad and were not designed to discover who would be offered as a trial witness. The interrogatories could not reasonably be answered without inquiry to every class member – something that is not practicable. A narrower question or a timely request for the Court to the determine scope of the question could have resolved this issue. Therefore, Defendants' motion is denied.

ORDER
PAGE – 1

The clerk is directed to send copies of this order to all counsel of record.

Dated: December 2, 2005.

                                                s/Marsha J. Pechman
                                                Marsha J. Pechman
                                                United States District Judge

ORDER
PAGE – 2