UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOLOMON WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | No. C98-761P <br><br> ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO BAR BOEING FROM AMENDING ITS PRETRIAL STATEMENT TO ADD WITNESSES AND EXHIBITS |

This matter comes before the Court on Plaintiffs' motion in limine to bar Boeing from amending its pretrial statement to add witnesses and exhibits. (Dkt. No. 938). The Court GRANTS Plaintiffs' motion.

This motion is related to Defendants' motion in limine to exclude testimony of Carmen Brown and Robin Green. Plaintiffs seek to bar Boeing from adding 20 twenty witnesses, as well as 20 exhibits, to its pretrial statement. Plaintiffs note that none of these witnesses or exhibits were timely identified in Boeing's pretrial statement.

The Court finds no good cause as to why the witnesses and exhibits identified in Plaintiffs' motion were not timely included in the pretrial order. In addition, adding twenty additional witnesses and exhibits at this late stage of the litigation would be unfairly prejudicial to

ORDER
PAGE – 1

1  Plaintiffs.  Therefore, Plaintiffs' motion is granted, and Boeing is barred from adding the

2  witnesses and exhibits identified in Plaintiffs' motion to its pretrial statement.

3      The clerk is directed to send copies of this order to all counsel of record.

4      Dated:  December 2, 2005.

                              s/Marsha J. Pechman
                              Marsha J. Pechman
                              United States District Judge

ORDER
PAGE – 2