UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOLOMON WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | No. C98-761P <br><br> ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE REFERENCES TO BECK ET AL. V. BOEING GENDER CLASS ACTION AND CONSENT DECREE |

This matter comes before the Court on Defendants' motion in limine to exclude references to the <u>Beck et al. v. Boeing</u> gender class action and consent decree. (Dkt. No. 937). The Court GRANTS Defendants' motion, subject to the exceptions discussed in the Court's order on Plaintiffs' motion to bar Boeing from challenging its own promotion indicator. If Plaintiffs believe that Defendants have opened the door to use the <u>Beck</u> consent decree as impeachment evidence during trial, they may ask the Court to allow its use for impeachment outside of the presence of the jury.

//

//

//

ORDER
PAGE – 1

1     The clerk is directed to send copies of this order to all counsel of record.

2     Dated: December 2, 2005.

                                    s/Marsha J. Pechman  
                                    Marsha J. Pechman  
                                    United States District Judge

ORDER  
PAGE – 2