UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOLOMON WILLIAMS, et al.,

    Plaintiffs,

v.

THE BOEING COMPANY, et al.,

    Defendants.

No. C98-761P

ORDER DENYING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE COMPENSATION ANALYSES AND RELATED MATERIALS

    This matter comes before the Court on Defendants' motion in limine to exclude compensation analyses and related materials. (Dkt. No. 941). The Court DENIES Defendants' motion.

    Because compensation discrimination claims are no longer included in this proceeding, Defendants argue that the Court should bar evidence relating to Boeing projects designed to analyze Boeing's compensation and salary-setting process. Defendants identify 29 specific documents that it seeks to exclude. Plaintiffs maintain that it would be improper to bar an entire category of documents and argue that many of the specific documents identified by Defendants' contain information that may be relevant to their promotion discrimination claim. Plaintiffs maintain that they do not intend to publish to the jury portions of the documents that do not

ORDER
PAGE – 1

1 relate to promotion discrimination claims.

2     The Court cannot determine the admissibility of the documents that Defendants seek to
3 exclude without a proper context and without considering the purpose for which such documents
4 may be offered. Therefore, Defendants' motion is denied. With respect to the documents
5 identified in Defendants' motion, Plaintiffs should identify which of the exhibits will be offered by
6 which witness and make appropriate redactions. Sufficient notice should be given so that the
7 Court can review redacted documents prior to each witnesses' testimony.

8     The clerk is directed to send copies of this order to all counsel of record.

9     Dated: December 2, 2005.

                                  s/Marsha J. Pechman
                                  Marsha J. Pechman
                                  United States District Judge

ORDER
PAGE – 2