UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOLOMON WILLIAMS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE BOEING COMPANY, et al.,<br><br>    Defendants. | No. C98-761P<br><br>ORDER DENYING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE ON OFCCP COMPLIANCE, NEGOTIATIONS, AND SETTLEMENT |

    This matter comes before the Court on Defendants' motion in limine to exclude evidence on OFCCP compliance, negotiations, and settlement. (Dkt. No. 929). The Court DENIES Defendants' motion.

    Defendants seek to exclude a number of documents that relate to Boeing's compliance, negotiations, and settlement with the Office of Federal Contract Compliance Programs (OFCCP). Defendants identify 41 specific documents that they seek to exclude. Defendants argue that such documents are irrelevant and unduly prejudicial. Plaintiffs maintain that portions of many of these documents are relevant to their claims for promotion discrimination.

    The Court cannot determine the context in which the documents identified by Defendants' motion will be offered at trial or which portions of the documents may be offered.

ORDER
PAGE – 1

The Court also declines to exclude this entire category of documents before trial. However, Plaintiffs will identify the documents they propose to use with each witness and the portion of the documents they intend to use in a timely manner so that Defendants can make proper objections.

The clerk is directed to send copies of this order to all counsel of record.

Dated:   December 2, 2005.

s/Marsha J. Pechman
Marsha J. Pechman
United States District Judge

ORDER
PAGE – 2