UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOLOMON WILLIAMS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE BOEING COMPANY, et al.,<br><br>　　　　Defendants. | No. C98-761P<br><br>ORDER DENYING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF SHIRLEY J. WILCHER |

　　　This matter comes before the Court on Defendants' motion in limine to exclude expert testimony of Shirley J. Wilcher. (Dkt. No. 919). The Court DENIES Defendants' motion.

　　　Ms. Wilcher is a former director of the Office of Federal Contract Compliance Programs (OFCCP), which enforces Executive Order 11246. Plaintiffs have indicated that Ms. Wilcher's testimony will be proffered "for the sole purpose of explaining the requirements of Executive Order 11246 relating to promotions." Id. at 13.

　　　Defendants argue that the requirements of the Executive Order speak for themselves and are irrelevant in this action. However, the Court is not convinced that such requirements can be gleaned from the Order itself or that the proferred testimony will be irrelevant. Therefore, the Court will allow limited testimony from Ms. Wilcher.

ORDER
PAGE – 1

1     The clerk is directed to send copies of this order to all counsel of record.

2     Dated: December 2, 2005.

s/Marsha J. Pechman  
Marsha J. Pechman  
United States District Judge

ORDER  
PAGE – 2