UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOLOMON WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendants. | No. C98-761P <br><br> ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO LIMIT TESTIMONY OF BOEING'S EXPERT LEONARD J. BIERMANN |

    This matter comes before the Court on Plaintiffs' motion in limine to limit testimony of Boeing's Expert Leonard J. Biermann. (Dkt. No. 950). The Court GRANTS Plaintiffs' motion.

    Plaintiffs note that Mr. Biermann opined in his expert report that Boeing's employment practices compared favorably to those of other companies for which he has served as a consultant or which he has investigated during his career. However, Mr. Biermann declined during his deposition to identify the companies to which he was comparing Boeing. Therefore Plaintiffs request an order barring Mr. Biermann from comparing Boeing's practices to the practices of any other companies.

    Under these circumstances, the Court agrees that Mr. Biermann should be precluded from making such comparisons. Therefore, Mr. Biermann is barred from comparing the conduct of

ORDER
PAGE – 1

1  Boeing to the conduct of other companies.

2      The clerk is directed to send copies of this order to all counsel of record.

3      Dated: December 2, 2005.

                                          s/Marsha J. Pechman  
                                          Marsha J. Pechman  
                                          United States District Judge

ORDER  
PAGE – 2